April 27, 2010

United States Court of Appeals
For The First Circuit
John Joseph Moakley United States Courthouse
Attn: Case Manager Linda Barry
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re: Appeal No. 10-1502

Dear Ms. Barry,

Enclosed, please find Unites States Magistrate Judge Almond's Order Granting in forma pauperis status in this case.

There was no hearing so no transcript is applicable in this matter.

Respectfully,

_____
Richard Hatch, Pro Se
23 Annandale Road
Newport, RI 02840
401-846-3653
hrznbound@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :     C.A. No. 05-98S |
| | : |
| RICHARD HATCH | : |

**MEMORANDUM AND ORDER**

    Before the Court for determination is Defendant's Motion to Proceed *In Forma Pauperis* ("IFP") (Document No. 98) in his Motion for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255. Defendant's Motion is supported by an Application to Proceed Without Prepayment of Fees and Affidavit, which he signed under penalty of perjury. Additionally, Defendant submitted a certified copy of his inmate account statement for the last six months.

    Upon reviewing the Application and the inmate account statement, the Court is satisfied that Defendant qualifies for *in forma pauperis* status. Defendant's Motion (Document No. 98) is GRANTED.

SO ORDERED.

PER ORDER:


   /s/ Jeannine Noel
Deputy Clerk

ENTER:


  /s/ Lincoln D. Almond
Lincoln D. Almond
United States Magistrate Judge
March 31, 2009

# CERTIFICATE OF SERVICE FORM
# FOR PAPER FILINGS ONLY

Appeal No. 10-1502

I, Richard Hatch, hereby certify that on Apr 27, 2010,
  [name]                                    [date]

I served copies of Order Granting in forma pauperis status
                        [name of document]

on the following parties by U.S. mail:
                           [hand, U.S. mail, e-mail, or commercial carrier]

[List name and address of each attorney/party served]

United States Court of Appeals
For The First Circuit
John Joseph Moakley United States Courthouse
 Attn: Case Manager Linda Barry
1 Courthouse Way, Suite 2500
Boston, MA  02210

_____
Signature

U.S. Court of Appeals for the First Circuit                (Rev 3/10)