**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 10-1502

UNITED STATES

Appellee

v.

RICHARD HATCH

Defendant - Appellant

---

**JUDGMENT**

Entered: July 14, 2010
Pursuant to 1st Cir. R. 27.0(d)

By notice issued June 15, 2010, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by June 29, 2010, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45.0(a) and 3.0(b).

Certified and Issued
as mandate under
Fed. R. App. P. 41  8/5/10
MARGARET CARTER
Clerk
Deputy Clerk

By the Court:

/s/ Margaret Carter, Clerk

cc:
Richard Hatch
Donald Campbell Lockhart
Andrew J. Reich
Lee Vilker